# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

Kimberly Hubbard, )
                   Plaintiff, )
v. ) Case No. 03-6121-CV-W-FJG
Specialized Support Services, Inc., )
                   Defendant. )

## PROTECTIVE ORDER

Plaintiff Kimberly Hubbard has sought the release of documents containing private and confidential information regarding persons who receive services from the Albany Regional Center, a part of the Missouri Department of Mental Health. The Missouri Department of Mental Health has objected to the release of these records based on the confidentiality laws governing mental health records maintained by the Missouri Department of Mental Health at any of its facilities unless a protective order is issued allowing for disclosure of these records.

So that the Department of Mental Health (the "Department") can comply with the privacy and other considerations found in the following federal regulations and state statutes: The Health Insurance Portability and Accountability Act of 1996 (HIPPA) 42 U.S.C. §1320d and §§630.140 and 630.167, RSMo, the following protective order is granted for all documents produced in this manner:

1. All documents produced in this case from investigative files and client files shall be kept confidential and shall not be disclosed to anyone other than the parties to this matter, an attorney representing a party in the case, or any such support staff and/or expert witnesses employed or engaged to assist the attorney representing a party in this appeal hearing.

2. No person obtaining these files through their involvement with this appeal

hearing shall make use of these files in connection with any other matter, cause, litigation or appeal hearing.

      3.      All persons giving testimony in this matter, whether in oral or written form, shall be instructed to use only the initials of any current or former Department client who must be discussed as part of their testimony. If the files released pursuant to this order contain the name, address, social security number or other identifying information of current or former Department clients, all such information except the initials of any pertinent clients shall be redacted from the files before their release.

      4.      At the end of this case and any related appeals, any individual not employed by the Department who received copies of these files, in any manner whatsoever, shall return such files (or any copies thereof) to the Department.

      5.      If the proceedings before this Court are transcribed for appellate review, all Department clients shall be referred to by their initials rather than by their name.

      6.      This order does not prejudice the admissibility of these documents at any hearing or trial or otherwise and the parties have waived no objection to the use of these documents at the hearing or trial or otherwise.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: November 16, 2005
Kansas City, Missouri

-2-

Case 5:03-cv-06121-FJG    Document 107    Filed 11/16/05    Page 2 of 2